**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-05026-SPS |
| | § | |
| YOUNG J. CHANG | § | |
| OK HEE CHANG | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/04/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/08/2011          By:  /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-05026-SPS |
| | § | |
| YOUNG J. CHANG | § | |
| OK HEE CHANG | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $8,003.04
*and approved disbursements of*     $6.43
*leaving a balance on hand of[1]:*     $7,996.61

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,996.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,550.30 | $0.00 | $1,550.30 |
| David Leibowitz, Trustee Expenses | $67.10 | $0.00 | $67.10 |

Total to be paid for chapter 7 administrative expenses:     $1,617.40
Remaining balance:     $6,379.21

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $6,379.21 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $6,379.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $141,187.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $25,797.50 | $0.00 | $1,165.60 |
| 2 | Chase Bank USA, N.A. | $6,484.89 | $0.00 | $293.00 |
| 3 | Chase Bank USA, N.A. | $30,303.02 | $0.00 | $1,369.17 |
| 4 | Fia Card Services, NA/Bank of America | $55,766.62 | $0.00 | $2,519.68 |
| 5 | Fia Card Services, NA/Bank of America | $22,835.33 | $0.00 | $1,031.76 |

|  | Total to be paid to timely general unsecured claims: | $6,379.21 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 10-05026-SPS
Young J. Chang                                            Chapter 7
Ok Hee Chang
        Debtors             CERTIFICATE OF NOTICE

District/off: 0752-1        User: lhatch           Page 1 of 1         Date Rcvd: Apr 11, 2011
                            Form ID: pdf006        Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
db/jdb      +Young J. Chang,    Ok Hee Chang,    4111 Terri-Lyn,    Northbrook, IL 60062-4938
aty         +G. Paul McFarling,    Attorneys Serving You, LLC,    1701  S First Avenue,    Suite 202,
              Maywood, IL 60153-2400
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
15081232     Attorneys Serving You LLC,    1701 S 1st Ave Ste 202,    Maywood, IL  60153-2400
15081235    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,    5515 Parkcenter Cir,   Dublin, OH  43017)
15081236    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,    Po Box 3608,   Dublin, OH  43016)
15081233    +Bank Of America,   Pob 17054,    Wilmington, DE 19884-0001
15081234    +Bank Of America,   ATTN: BANKRUPTCY NC4-105-02-99,    Po Box 26012,    Greensboro, NC 27420-6012
15081248   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual Fa,    Po Box 1093,    Northridge, CA  91328)
15081231    +Chang Ok Hee,   4111 Terri-Lyn,    Northbrook, IL 60062-4938
15081230    +Chang Young J,   4111 Terri-Lyn,    Northbrook, IL 60062-4938
15081238    +Chase,   201 N Walnut Street,    Wilmington, DE 19801-2920
15081241    +Chase,   ATTN: BANKRUPTCY DEPT,    Po Box 100018,    Kennesaw, GA 30156-9204
15081239    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
15081237    +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
15081240    +Chase,   Po Box 24603,    Columbus, OH 43224-0603
15737199     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15081242    +Columbia Credit Services,    C/O Sorman Frankel Ltd,    203 N. LaSalle St., #23,
              Chicago, IL 60601-1267
15081243     Cook County Treasurer,    PO Box 4488,    Carol Stream, IL  60197-4488
15081244    +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
15081245     Jae IL Kim,   106-1102 Doo San Apt. #770,    Gasan-Don Geumcheon-Gu,
              Seoul, South Korea,     500515
15081247    +MRS Associates, Inc.,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
15081246    +Mohela,   633 Spirit Dr,    Chesterfield, MO 63005-1243
15081249    +Washington Mutual Fa,    ATTENTION:  BANKRUPTCY DEPT. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16008350      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2011 00:10:43
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**               **Signature:** *Joseph Speetjens*